**Dismiss and Opinion Filed September 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01013-CV

**FREDDIE ALLEN, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03095-D**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it appellee's August 29, 2013 motion to dismiss moot appeal.

Appellant has not responded to the motion. We **GRANT** the motion and **DISMISS** this appeal.

*See* TEX. R. APP. P. 10.3(a).

PER CURIAM

131013F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FREDDIE ALLEN, Appellant

No. 05-13-01013-CV     V.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-13-03095-D.
Opinion delivered Per Curiam. Justices
O'Neill, Francis and Fillmore sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FEDERAL NATIONAL MORTGAGE ASSOCIATION recover its costs of this appeal from appellant FREDDIE ALLEN.

Judgment entered September 17, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–2–